# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: |
| ) | |
| ) | VIOLATION: |
| v. ) | 18 U.S.C. § 1001 (False Statement) |
| ) | |
| LAYONU OMOTOSHO, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that,

### Background

1. Defendant LAYONU OMOTOSHO ("OMOTOSHO") is employed as a registered nurse at the Department of Veterans Affairs Medical Center in Washington, D.C. ("VA").

2. On or about July 6, 2019, through on or about July 8, 2019, OMOTOSHO was assigned to work the overnight shift on Ward 4C at the VA from 7:30 p.m. until 8:00 a.m.

3. During that shift, OMOTOSHO's responsibilities included, *inter alia*, providing medication and conducting "rounds" for patients on the unit at regular intervals.

4. At all times relevant to this matter, it was OMOTOSHO's responsibility to document the results of her rounds in the "Hourly Rounding Log" in a patient's physical chart that was usually located in each patient's room, and also, entering information into a patient's electronic medical record.

5. An individual, referred to herein as "Patient" was a 59 year-old male, who was admitted to the VA on July 6, 2019. Patient was a patient on Ward 4C during OMOTOSHO's shifts between on or about July 6, 2019, through on or about July 8, 2019. At various times,

Patient was non-compliant with some medication and treatment recommendations from medical personnel. In the early morning hours of July 7, 2019, OMOTOSHO wrote in a progress note in Patient's electronic medical record, "Patient stated, 'You are all disturbing my sleep, I don't want to get up until 0800. You are all bothering me and depriving me of my sleep.'"

6. On or about July 8, 2019, OMOTOSHO documented in Patient's physical chart and in Patient's electronic medical record that during her overnight shift beginning at approximately 7:30 p.m., OMOTOSHO conducted hourly rounds and assessed Patient.

7. OMOTOSHO documented in Patient's rounding log, that on July 7, 2019, she conducted the 8:00 p.m., 9:00 p.m., 10:00 p.m., and 11:00 p.m. rounds.  OMOTOSHO also documented that on July 8, 2019, she conducted Patient's hourly rounds beginning for the 12:00 a.m. hour and continuing hourly thereafter until 6:00 a.m.  OMOTOSHO wrote her initials for these hourly rounds on "Hourly Rounding Log," indicating that she had performed these hourly checks.

8. On July 8, 2019, shortly after 6:00 a.m., OMOTOSHO entered Patient's room and found Patient unresponsive to verbal or painful stimuli, and Patient's vital signs were not recordable (i.e., no pulse, blood pressure, or respiration), so OMOTOSHO called a "code blue." Medical staff's efforts to resuscitate Patient failed, and Patient was pronounced dead at 6:33 a.m. on July 8, 2019.

9. Following the death of Patient, a VA Detective was called to investigate the circumstances of Patient's death.  He asked the nurses present to produce the Patient's logs. OMOTOSHO left and came back a few minutes later with the logs filled out and showing that she checked in on Patient hourly from the hours of 8:00 p.m. on July 7, 2019, to 6:00 a.m. on July 8, 2019.

**Statements Regarding Hourly Rounds of Patient**

10. On July 10, 2019, VA Office of Inspector General, Criminal Investigations Division agents interviewed OMOTOSHO at the VA located in Washington, D.C. During this interview, OMOTOSHO stated that she was assigned to Patient's care and responsible for conducting rounds during her overnight shift on July 7, 2019 through July 8, 2019.

11. During the interview, OMOTOSHO admitted that she was supposed to make her rounds every hour and said that she "tried" to do this. OMOTOSHO added that she checked on Patient every hour, but may have just "peeped" because the patient did not want to be bothered.

12. Agents showed OMOTOSHO the rounding logs for July 7, 2019 and July 8, 2019, and she admitted that she was the one who completed them. When agents asked OMOTOSHO if she completed the logs at one time, rather than hourly as she conducted the checks, she stated, "Not really." OMOTOSHO then stated that she completed the logs throughout her shift and that every time she "peeped," she filled out the log.

13. When asked by agents where the rounding log was kept, OMOTOSHO first said that the rounds log were at the Patient's bedside, but later, she stated the log was on the Patient's room door, and then she stated that it was kept at the nurse's station. When agents asked OMOTOSHO to explain the discrepancy in her statement, OMOTOSHO responded, "I have no answer to give you."

14. Agents asked OMOTOSHO about individual entries in the rounding logs, including the "pain scale" portion of the rounding log. OMOTOSHO stated that she asked Patient what level of pain he was in to complete the "pain scale" portion of the log.

15. Agents specifically asked OMOTOSHO whether she had checked on Patient on July 7, 2019, and whether she had asked Patient about Patient's pain scale during the time frame

of 8:00 p.m. and 9:00 p.m., OMOTOSHO stated, "I think so."  When asked if she asked Patient about Patient's pain scale during the time frame of 9:00 p.m. to 10:00 p.m., OMOTOSHO stated, "I think so."  When agents asked whether OMOTOSHO had asked Patient about Patient's pain scale during the time frame of 10:00 p.m. to 11:00 p.m., OMOTOSHO stated that she needed to look at the camera footage.

16.     Agents also presented OMOTOSHO with an electronic medical note dated July 8, 2019, which was electronically signed by her.  Within the medical note, it stated, "Hourly rounds done."  OMOTOSHO clarified that she wrote the note before Patient passed away.

## Video Surveillance

17.     Between July 7, 2019 and July 8, 2019, the VA's Ward 4C was surveilled by a camera, which covered at least the hallways of Ward 4C.  Patient's room was at the end of the hallway and anyone entering the room is visible in video camera footage from those dates.

18.     The video surveillance footage from Ward 4C showed that on July 7, 2019, between 10:00 p.m. and 11:00 p.m., no one entered Patient's room.  The video surveillance footage from Ward 4C showed that on July 7, 2019, at approximately 11:01 p.m., OMOTOSHO entered the Patient's room and exited the room a minute later.  The video surveillance also showed that on July 7, 2019, at approximately 11:10 p.m. and also at approximately 11:13 p.m., another nurse entered and exited the Patient's room.

19.     The video surveillance footage from Ward 4C showed that on July 8, 2019, between midnight and approximately 6:00 a.m., no one entered Patient's room.  Shortly after 6:00 a.m., OMOTOSHO is seen entering Patient's room, which is when she found Patient unresponsive.

20. On or about July 10, 2019, OMOTOSHO falsely stated and represented to agents of the Department of Veterans Affairs, Office of Inspector General - Criminal Investigations Division that she had conducted hourly rounds checks for Patient during her overnight shift at the VA between on or about July 7, 2019, and July 8, 2019, when, in fact, she had not.

## COUNT ONE
**(False Statement)**

21. The allegations contained in paragraphs 1 through 20 of this Information are re-alleged as if fully set forth herein.

22. On or about July 10, 2019, in the District of Columbia, the defendant LAYONU OMOTOSHO, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations within the jurisdiction of the executive branch of the Government of the United States, that is, OMOTOSHO falsely stated and represented to agents of the Department of Veterans Affairs, Office of Inspector General - Criminal Investigations Division that she had conducted hourly rounds checks for Patient during her overnight shift at the VA between on or about July 7, 2019, and July 8, 2019, when, in fact, she had not.

**(False Statement, pursuant to Title 18, United States Code, Section 1001)**

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

BY: \_\_\_\_/s/ Diane G. Lucas_____
DIANE G. LUCAS, D.C. Bar. No. 443610
KATHRYN RAKOCZY, D.C. Bar No. 994559
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7724 (Lucas)
(202) 252-6928 (Rakoczy)
Diane.Lucas@usdoj.gov
Kathryn.Rakoczy@usdoj.gov